IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag No 3 - 06 - 70001 JCS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER RE: COMPETENCY EXAMINATION |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES MAJOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Good cause appearing, and pursuant to F.R.Crim.P. 12.2(c)(1)(A), and 18 U.S.C. § 4241, Pre-Trial Services is to select a psychologist/psychiatrist from its list of qualified forensic mental health professionals who shall conduct an examination of the above named defendant to determine whether he may be presently suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

     The examining psychologist/psychiatrist shall file with Magistrate Maria Elena James no later than January 31, 2006, a report of his/her examination as is described in 18 U.S.C. § 4247(c). Copies of the report shall be furnished to counsel for the government and the defendant. A hearing on the report shall be conducted before Magistrate James on February 7, 2006 at 9:30 a.m. The marshal is directed to produce the defendant at that date and time without

1 further order of this Court.

2 The detention hearing scheduled for January 10, 2006 is vacated.  The setting of a
3 preliminary hearing and a detention hearing will take place after the Court has ruled on the
4 competence of the defendant.

5 Time from January 10, 2006 until February 7, 2006 is excluded from Speedy Trial Act
6 calculations pursuant to 18 U.S.C. § 3161(h)(1)(A), delay resulting a mental competency
7 examination, and from the 10 day period, pursuant to F.R.Crim.P. 5.1(c), for conducting a
8 preliminary hearing, for the same reason.

9 It is so ORDERED.

10

11 Dated: January 11, 2006 _____
Joseph C. Spero
12 United States Magistrate Judge

13

14 Approved as to Form
15    AUSA Tracie Brown_____/S/_____

16
17 I hereby attest that I have on file all holograph signatures for any signatures indicated y a "conformed" signature (/S/) within the e-filed document.

18
19
20
21
22
23
24
25
26

Competency order
3-06-70001 JCS

2